Argued: September 15, 2020

IN THE COURT OF APPEALS

OF MARYLAND

Misc. No. 4

September Term, 2020

IN THE MATTER OF K.E.

Barbera, C.J.
McDonald
Watts
Hotten
Getty
Booth
Biran,

JJ.

ORDER

Filed: September 17, 2020

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

**IN THE MATTER OF K.E.**       \*     **IN THE**

                                                 \*     **COURT OF APPEALS**

                                                 \*     **OF MARYLAND**

                                                 \*     **Misc. No. 4**

                                                 \*     **September Term, 2020**

### O R D E R

**WHEREAS**, K.E., an applicant for admission to the Maryland Bar, has requested test accommodations pursuant to Board Rule 3(b) of the rules of the State Board of Law Examiners ("State Board") with respect to the upcoming bar examination,

**WHEREAS**, pursuant to Board Rule 3(c)(2), the State Board referred K.E.'s request and supporting documentation to an independent qualified expert for review,

**WHEREAS**, based upon the recommendation of the expert, the State Board determined that test accommodations should be provided to K.E. in the form of 25% extra time, a private room, and 15 minutes off the clock per session,

**WHEREAS**, pursuant to Board Rule 3(d) and Maryland Rule 19-208(b), K.E. appealed the State Board's determination to the Accommodations Review Committee, and sought 100% extra time instead of 25% extra time, in addition to the other accommodations,

**WHEREAS**, pursuant to Maryland Rule 19-208(b)(3), on July 29, 2020, a panel of the Accommodations Review Committee conducted a hearing at which K.E. testified and presented expert testimony and the expert consulted by the State Board also testified,

**WHEREAS**, on July 31, 2020, pursuant to Maryland Rule 19-208(b)(4), the Accommodations Review Committee issued a written report recommending that the State Board's decision on test accommodations be upheld,

**WHEREAS**, pursuant to Maryland Rule 19-208(c), K.E. filed exceptions to the decision of the Accommodations Review Committee, and sought additional extra time,

**WHEREAS**, On September 15, 2020, the Court conducted a hearing at which K.E. was provided the opportunity, through counsel, to show cause, pursuant to Maryland Rule 19-208(d), why the exceptions should not be denied,

**WHEREAS**, the Court has carefully considered K.E.'s request and supporting documentation, the record of the hearing of the Accommodations Review Committee, and the arguments of counsel, it is this 17th day of September 2020, a majority of the Court concurring,

**ORDERED**, that the exceptions of K.E. to the recommendation of the Accommodations Review Committee are denied and the determination of the State Board on test accommodations for K.E. is affirmed.

/s/ Mary Ellen Barbera
Chief Judge